UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JONATHAN CASTILLO,

                    Petitioner,                         Case No. 1:13-cv-59

v.                                                       Honorable Paul L. Maloney

WILLIE O. SMITH,

                    Respondent.
_____/

## **ORDER**

In accordance with the Opinion entered this day:

IT IS ORDERED that Petitioner must show cause within 28 days why he is entitled

to a stay of these proceedings.  If Petitioner fails to meet the requirements for a stay or fails to timely

comply with the Court's order, the Court will review only his exhausted claims set forth in his

petition.

Dated:   January 29, 2013                          /s/ Paul L. Maloney
                                                    Paul L. Maloney
                                                    Chief United States District Judge